Rand Spear*
Marc F. Greenfield*
Stuart A. Richman
Jeremy M. Weitz*‡
Scott T. Taggart*

Michael R. Logue*
Timothy Jeffrey Domis
Michael A. Pungitore*
Michael G. Spear*
Michael A. Delaney
David B. Kline
Nikolay Lukin
Richard H. Kugel
Heather R. Reese
Nicholas C. Kapsimalis
Rebecca A. Sweeney*

**Spear Greenfield**
**Richman Weitz & Taggart, PC**

Attorneys & Counselors at Law
Two Penn Center Plaza, Suite 200
1500 J.F.K. Boulevard
Philadelphia, Pennsylvania 19102
(215) 985-2424
fax (215) 545-6117
www.injuryline.com
email: office@injuryline.com

New Jersey Office
10,000 Lincoln Drive East
One Greentree Centre, Suite 201
Marlton, NJ 08053
(856) 985-4663

*Member of NJ and PA Bar
‡Certified by the Supreme
Court of New Jersey as
a Civil Trial Attorney

*Via electronic filing only*
U.S.D.C. District of NJ

    RE:    Blackmon, Arnette v. United States of America, et al.
               U.S.D.C. District of New Jersey - No. 21-14980

Your Honor,

    This office represents Plaintiff, Arnette Blackmon in the above-referenced matter. Please accept this correspondence as Plaintiff's Statement pursuant to L. Civ. R. 7.1.1(a)(1-3). There is no third-party individual and/or entity providing funding for any of the attorney's fees or expenses for litigation.

    Respectfully submitted,

    **SPEAR, GREENFIELD**
    **RICHMAN, WEITZ & TAGGART, P.C.**

    /s/ Marc F. Greenfield

    **MARC F. GREENFIELD**

MFG/jmw
cc:    All counsel